IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES FEINSTEIN, Individually and on Behalf of All Others Similarly Situated, | Case No. 1:17-cv-00794-WTL-DML |
| Plaintiff, | **CLASS ACTION** |
| v. | **NOTICE AND ORDER CONCERNING PLAINTIFF'S VOLUNTARY DISMISSAL OF THE ABOVE ACTION AND PLAINTIFF'S COUNSEL'S ANTICIPATED APPLICATION FOR AN AWARD OF ATTORNEYS' FEES AND EXPENSES** |
| STONEGATE MORTGAGE CORPORATION, RICHARD A. KRAEMER, KEVIN BHATT, JAMES BROWN, SAM LEVINSON, RICHARD A. MIRRO, and SCOTT MUMPHREY, | |
| Defendants. | Judge: William T. Lawrence |

Plaintiff James Feinstein ("Plaintiff"), by and through their respective counsel of record, hereby provides notice and order concerning Plaintiffs' voluntary dismissal as follows:

WHEREAS, on February 28, 2017, Stonegate filed a proxy statement (the "Proxy Statement") with the United States Securities and Exchange Commission ("SEC") in connection with the proposed acquisition of Stonegate by Home Point Financial Corporation ("Home Point") whereby Stonegate's stockholders would receive $8.00 in cash for each share of Stonegate common stock (the "Transaction");

WHEREAS, in connection with the Transaction, two putative class action complaints were filed in this District against Stonegate and its directors; (1) *Parshall v. Stonegate Mortgage Corporation, et al.*, Case No. 1:17-cv-00711-JMS-DML (filed March 8, 2017); and (2) *Feinstein v. Stonegate Mortgage Corporation, et al.*, Case No. 1:17-cv-00794-WTL-DML (filed March 15, 2017) (collectively, the "Actions");

WHEREAS, the plaintiffs in each of the Actions (collectively, "Plaintiffs") allege, on behalf of a putative class of Stonegate's stockholders, that the Proxy Statement omitted certain material information relating to the Transaction in violation of Sections 14(a) and 20(a) of the Securities Exchange Act of 1934;

WHEREAS, on March 27, 2017, Stonegate filed with the SEC a supplement to the Proxy Statement containing additional disclosures relating to the Transaction (the "Supplemental Disclosures");

WHEREAS, on April 27, 2017, Stonegate's stockholders voted to approve the Transaction;

WHEREAS, Plaintiff agrees that, as a result of the filing of the Supplemental Disclosures, the claims arising from the Transaction identified in his complaint have become moot;

WHEREAS, Plaintiff asserts that the prosecution of the Actions caused Stonegate to issue the Supplemental Disclosures and that Plaintiff's counsel may assert a claim for attorneys' fees and expenses in connection with the filing of the Supplemental Disclosures;

WHEREAS, Plaintiff intends to petition the Court to seek a resolution of his claim for such fees and expenses if his claim cannot be resolved through negotiations between counsel for Plaintiff and the Stonegate Defendants;

NOW, THEREFORE, Plaintiff hereby gives notice concerning Plaintiff's voluntary dismissal, subject to the approval of the Court, as follows:

1. Plaintiff hereby voluntarily dismisses the above-captioned action, with prejudice, pursuant to Fed. R. Civ. P. 41(a)(1), and the action shall be so dismissed. The dismissal is as to the named Plaintiff James Feinstein only and has no effect upon the absent members of the

Case 1:17-cv-00794-WTL-DML   Document 6   Filed 05/30/17   Page 3 of 5 PageID #: 38

putative class.

2. This Court shall retain continuing jurisdiction over the Parties solely for purposes of adjudicating any claim by Plaintiff's counsel for an award of attorneys' fees and expenses.

3. If the Parties are unable to resolve Plaintiff's counsel's claim for attorneys' fees and expenses, Plaintiff shall file any petition and supporting papers seeking such relief by no later than June 8, 2017.

4. This Notice is not intended to, and shall not, waive or prejudice any right or argument that may be asserted or presented by Plaintiff or the Stonegate Defendants in support of or in opposition to any claim by Plaintiff for attorneys' fees and expenses.

Dated: May 30, 2017          **SHARTZER LAW FIRM, LLC**

By:    */s/ Jason A. Shartzer*
        Jason A. Shartzer
**OF COUNSEL:**         Attorney No. 23989-49
        156 East Market Street
**FARUQI & FARUQI, LLP**         Suite 1000
Nadeem Faruqi         Indianapolis, IN 46204
James M. Wilson, Jr.         Tel: (317) 969-7600
685 Third Avenue, 26th Fl.         Fax: (317) 969-7650
New York, NY 10017         E-mail: jshartzer@shartzerlaw.com
Telephone: (212) 983-9330
Facsimile: (212) 983-9331         *Attorneys for Plaintiff*
Email: nfaruqi@faruqilaw.com
        jwilson@faruqilaw

**MONTEVERDE & ASSOCIATES PC**
Juan E. Monteverde
The Empire State Building
350 Fifth Avenue, Suite 4405
New York, NY 10118
Tel: (212) 971-1341
E-mail: jmonteverde@monteverdelaw.com

*Attorneys for Plaintiff*

Dated: May 30, 2017


SO ORDERED:

_____
U.S. DISTRICT JUDGE

## CERTIFICATE OF SERVICE

      I hereby certify that on May 30, 2017, I authorized the electronic filing of the foregoing Notice Concerning Plaintiff's Voluntary Dismissal Of The Above Action And Plaintiff's Counsel's Anticipated Application For An Award Of Attorneys' Fees And Expenses with the Clerk of the Court using the CM/ECF system. The CM/ECF system will provide service through a Notice of Electronic Filing (NEF) to the parties registered in this case denoted on the Electronic Mail Notice List, and I hereby certify that the foregoing document will be mailed to any non-CM/ECF participants indicated on the Manual Notice List.

Dated: May 30, 2017　　　　　　　　　　By: /s/ *Jason A. Shartzer*
　　　　　　　　　　　　　　　　　　　　　　Jason A. Shartzer