UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| JAMES FEINSTEIN, Individually and on behalf of all others similarly situated, <br><br> Plaintiff, <br><br> vs. <br><br> STONEGATE MORTGAGE, CORPORATION, et al., <br><br> Defendants. | Cause No. 1:17-cv-794-WTL-DML |

## ENTRY OF DISMISSAL

The Plaintiff has notified the Court that the claims asserted in his Complaint are moot. *See* Dkt. No. 6 at 2 ("WHEREAS, Plaintiff agrees that, as a result of the filing of the Supplemental Disclosures, the claims arising from the Transaction identified in his complaint have become moot . . ."). Accordingly, this case is hereby **DISMISSED** for lack of subject matter jurisdiction. *See, e.g.*, *Cerajeski ex rel. Cerajeski v. Zoeller*, 794 F.3d 828, 831 (7th Cir. 2015) (proper course of action when case has been mooted is dismissal for want of jurisdiction).

SO ORDERED: 06/02/2017

*[signature: William T. Lawrence]*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Copies to counsel of record via electronic notification