**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF INDIANA**
**INDIANAPOLIS DIVISION**

| | |
|---|---|
| **JAMES FEINSTEIN, Individually and on behalf of all others similarly situated,** | )<br>)<br>) |
| **Plaintiff,** | )<br>) |
| vs. | ) Cause No. 1:17-cv-794-WTL-DML |
| **STONEGATE MORTGAGE, CORPORATION, et al.,** | )<br>)<br>) |
| **Defendants.** | ) |

### JUDGMENT OF DISMISSAL

This case is hereby **DISMISSED** without prejudice for lack of subject matter jurisdiction.

SO ORDERED:  06/02/2017

*/s/ William T. Lawrence*

Hon. William T. Lawrence, Judge
United States District Court
Southern District of Indiana

Laura A. Briggs, Clerk

BY: _/s/ Ruth E. Olive_
Deputy Clerk, U.S. District Court

Copies to counsel of record via electronic notification